(Notice.Related.Cases8/2007)

# UNITED STATES PROBATION
## DISTRICT OF ARIZONA

### NOTICE OF RELATED CASES

Defendant **LOPEZ, Oscar Figueroa**    Docket: 11-CR-50099-DCB-DTF

*Revocation Proceedings*

Local Rule Criminal 5.1(a), refers to the matter of a defendant charged with a new crime and currently on supervised release, stating the new case shall be assigned to the Judge presiding over the revocation proceedings.

Local Rule Criminal 5.3 [see Rule 42.1(a)(1), Local Rules of Civil Procedure], refers to reassignment of cases when two or more cases are pending before different District Judges and such cases are related and would entail substantial duplication of labor if heard by different District Judges.

The Probation Office for the District of Arizona hereby notifies the Clerk's Office that:

The above named defendant is pending charges in 11CR01106-001-TUC-DCB(DTF) which has been assigned to the Honorable David C. Bury. Transfer of jurisdiction paperwork has been received from the Eastern District of California and violation proceedings will be initiated in the District of Arizona. The Clerk of the Court is requested to assign the transfer of jurisdiction case to the Honorable David C. Bury.

_____           April 4, 2011
U. S. Probation Officer

COURT/ CLERK'S OFFICE/ FILE/ AUSA/ DEFENSE



FILED ___ RECEIVED ___ LODGED ___ COPY
APR 22 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ___ DEPUTY