DENNIS K. BURKE
United States Attorney
District of Arizona
JEFFREY D. MARTINO
Assistant United States Attorneys
Email: Jeffrey.martino@usdoj.gov
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | CR-11-50099-TUC-DCB (DTF) |
| v. | **ADMISSIONS OF ALLEGATION CONTAINED IN PETITION TO REVOKE SUPERVISED RELEASE AND/OR PROBATION** |
| OSCAR FIGUEROA-LOPEZ, aka Oscar Figueroa | |
| Defendant. | |

The United States of America and the defendant agree to the following disposition of this matter:

### TERMS OF THE AGREEMENT

1. This is a revocation of:

   ( x ) Supervised Release

   ( ) Probation

2. The defendant will admit to the allegation that he violated a mandatory condition in the Petition to Revoke. This is a Grade __B__ violation. As a result, the defendant's supervised release will be revoked. The government agrees to dismiss at sentencing any remaining allegations in the petition, if the defendant is sentenced in accordance with this agreement.

/

//

3. The parties agree that the defendant will be sentenced to:

    ( ) _____ months incarceration; OR

    (x) a period of incarceration not to exceed the middle of the applicable guideline range under U.S.S.G. § 7B1.4(a) (Revocation Table), and not below the minimum of that range; OR

    ( ) other (specify):_____.

4. This sentence will be followed by:

    ( ) an additional term of _____ months of supervised release

    ( ) an additional term of supervised release to be determined by the court.

    (x) NO additional term of supervised release

If the defendant is sentenced to a term of probation or supervised release, the defendant agrees to comply with the previously imposed conditions and any others the probation department or court deems appropriate.

    ( ) In addition, the following additional condition(s) shall be imposed:

_____

_____

_____

5. Consecutive/Concurrent sentences:

    (X) There is no agreement regarding consecutive or concurrent sentences (or the issue is not applicable in this case).

    ( ) The government agrees that it will not take a position whether this sentence should be concurrent or consecutive to another sentence.

6. Statutory and Guideline Provisions:

    a) U.S.S.G. § 7B1.4, the Terms of Imprisonment (Policy Statement) provides:

**Revocation Table**
(In months of imprisonment)

| Grade of Violation | I | II | III | IV | V | VI |
|---|---|---|---|---|---|---|
| **Grade C** | 3-9 | 4-10 | 5-11 | 6-12 | 7-13 | 8-14 |
| **Grade B** | 4-10 | **(6-12)** | 8-14 | 12-18 | 18-24 | 21-27 |
| **Grade A** | (1) Except as provided in subdivision (2) below: | | | | | |
| | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| | (2) Where a defendant was on probation or supervised release as a result of a Class A felony: | | | | | |
| | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |

b) Penalties applicable for defendant's original offense:

1) Criminal History - __II__

2) Guideline Range - __121 to 151__

3) Statutory Maximum incarceration - __Life__

c) Supervised release statutory maximums pursuant to 18 U.S.C. § 3583 (e)(3):

1) **Class A felony - 5 years**

2) Class B felony - 3 years

3) Class C or D felony - 2 years

4) Any other case - 1 year

7. <u>Waiver of Appeal & Collateral Attacks</u> - The defendant waives any and all motions, defenses, probable cause determinations, and objections which the defendant could assert to the information or indictment, or petition to revoke, or to the Court's entry of judgment and imposition of sentence upon the defendant, providing the sentence is consistent with this agreement. The defendant further waives: (1) any right to appeal the Court's entry of judgment against defendant; (2) any right to appeal the imposition of sentence upon defendant; and (3) any right to collaterally attack defendant's conviction and sentence in

a habeas petition under 28 U.S.C. § 2255 or motion under any other statute or rule. If the defendant files a notice of appeal or any habeas petition, notwithstanding this agreement, the defendant agrees that, upon motion of the government, this case shall be remanded to the district court to determine whether defendant is in breach of this agreement and, if so, to permit the United States to withdraw from the plea agreement.

8. The defendant understands the government's obligation to provide all information in its file regarding the defendant to the United States Probation Office. The defendant fully understands and agrees to cooperate fully with the United States Probation Office in providing all information requested by the probation officer.

9. I understand all of the provisions of this agreement. This written plea agreement contains all the terms and conditions of my plea, and any promises made by anyone (including my attorney) that are not contained within this written agreement are without effect and are void.

_____5/18/11_____         _____[signature]_____
Date                        Oscar Figueroa-Lopez
                            Defendant

10. I have discussed this case and the plea agreement with my client in detail, and have translated it for him if he does not speak English. No assurances, promises, or representations have been given to me or my client by the government or by any of its representatives which are not contained in this written agreement. I concur in the entry of the plea as indicated above and on the terms and conditions set forth in this agreement as in the best interests of my client.

_____5/18/11_____         _____[signature]_____
Date                        Anthony Payson, II, Esq.
                            Attorney for Defendant

11. I have reviewed this matter and the plea agreement. I agree on behalf of the United States that the terms and conditions set forth are appropriate and are in the best interests of justice.

DENNIS K. BURKE
United States Attorney
District of Arizona

5/18/11
Date

Jeffrey D. Martino
Assistant United Stated Attorney