# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**
v.
**OSCAR FIGUEROA-LOPEZ**

No. **CR 11-50099-001-TUC-DCB(DTF)**

USM#: 31721-308
ICE#: A096 381 659

**JUDGMENT AND COMMITMENT**
**REVOCATION OF SUPERVISED RELEASE**

Anthony Payson, (Appointed)
Attorney for Defendant

On 11/14/2005 the defendant, present with counsel, appeared for sentencing for violating, Title 21, U.S.C. §846 & 841(a)(1), Conspiracy to Manufacture Marijuana, a Class A Felony offense, as charged in Count 1 of the Indictment filed in the Eastern District of California.

> The defendant was sentenced to a term of **NINETY (90) MONTHS** imprisonment and upon release, **SIXTY (60) MONTHS** of supervised release to follow.

On 4/12/2011 the United States Probation Office filed a petition to revoke the term of supervised release.

On 4/15/2011 jurisdiction in this matter was transferred to the District of Arizona.

On 5/18/2011 the defendant appeared with counsel and admitted allegation(s) A as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 11/14/2005 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **SIX (6) MONTHS**, with no term of supervised release to follow. Disposition imposed shall run concurrent with the sentence imposed in **CR-11-1106-TUC-DCB-DTF.**

**IT IS FURTHER ORDERED** that the defendant is given credit for time served.

The Court orders commitment to the custody of the Bureau of Prisons

The defendant previously waived the right to appeal.

September 1, 2011
Date of Imposition of Sentence

Sept 2, 2011
Dated

MICHAEL J. DAVIS
CHIEF UNITED STATES DISTRICT JUDGE

CR 11-50099-001-TUC-DCB(DTF) - FIGUEROA-LOPEZ